# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

EARL PETERSON,

    Petitioner,

v.                                              CASE NO. 1:16-cv-00169-WTH-EMT

SECRETARY DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (ECF No. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, ECF No. 17, is adopted and incorporated by reference in this order.

2. The Clerk shall enter the following judgment: "The petition under 28 U.S.C. § 2254 is denied. A certificate of appealability is denied."

    The Clerk is directed to close the file.


**DONE AND ORDERED** this *20th* day of February, 2018

_____
UNITED STATES DISTRICT JUDGE